IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **COFFEE BREAK SERVICES, INC.,** *et al.* | * | |
| **Plaintiffs** | * | |
| v. | * | **CIVIL NO. JKB-12-1077** |
| **COMPASS GROUP USA, INC.,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

This case was removed from Maryland state court on April 9, 2012 (ECF No. 1). Before that date, on April 4, Plaintiff served a notice of voluntary dismissal on Defendant, but the notice was not docketed in state court until April 11, 2012, when the state court lacked jurisdiction (ECF No. 7, Exhs. A and B).

Defendant has now filed a Line in this Court consenting to Plaintiff's voluntary dismissal without prejudice (ECF No. 7). The Court will direct the Clerk to file Attachment #1 to ECF No. 7 as Plaintiff's Notice of Voluntary Dismissal without Prejudice. The case will then be dismissed without Court order pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and the Clerk will be directed to close the case.

DATED this _12_ day of April, 2012.

BY THE COURT:

_____
James K. Bredar
United States District Judge